SEAFARERS INTERNATIONAL UN-
ION, AFL–CIO, Plaintiff-Appellee,

v.

Louis V. BALDOVIN, Jr., Regional Di-
rector, Region 23, National Labor Re-
lations Board, Defendant-Appellant.

No. 74–3709.

United States Court of Appeals,
Fifth Circuit.

March 10, 1975.

Before GEWIN, GODBOLD and
CLARK, Circuit Judges.

BY THE COURT:

The Court having now been advised
that prior to the release date of its opin-
ion [508 F.2d 125] on February 17, 1975
(1) the United States Court of Appeals
for the District of Columbia finally dis-
missed Cause No. 74–1604, (2) the Sea-

farers International Union, AFL–CIO moved to dismiss this appeal, and (3) the appellant Regional Director moved the Court to vacate its stay order dated October 16, 1974 and remand this cause to the trial court with directions to dismiss, it appears that the order of the district court to furnish the materials sought under the Freedom of Information Act to the Court of Appeals for the District of Columbia is moot. The Seafarers Union's motion to dismiss this appeal is granted, this Court's opinion of February 17, 1975 is vacated, and the cause is remanded to the district court.